James C. Bastian, Jr. - Bar No. 175415
Melissa Davis Lowe – Bar No. 245521
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email: jbastian@shbllp.com; mlowe@shbllp.com

Attorneys for Petitioning Creditors D&A Daily Mortgage Fund III, L.P.; D&A Semi-Annual Mortgage Fund III, L.P.; and D&A Intermediate-Term Mortgage Fund III, L.P.

FILED & ENTERED

FEB 20 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mbolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**AMERICAN SPECTRUM REALTY, INC.,**<br><br>Debtor. | Case No. 8:15-bk-10721-SC<br><br>Chapter 11<br><br>**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362**<br><br>**Hearing:**<br>Date:    February 19, 2015<br>Time:   2:00 p.m.<br>Place:  Courtroom 5C<br>         Ronald Reagan Federal Building<br>         and United States Courthouse<br>         411 West Fourth Street<br>         Santa Ana, California 92701 |

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

C:\Users\bolte\Local Settings\Temp\Order#133960#b0e2c342-c50c-42af-81c1-7d566fa3a050.docx
4936-000\49

1      The Emergency Motion of the Petitioning Creditors of the bankruptcy estate of American Spectrum Realty, Inc. ("Alleged Debtor") for a Court Order Appointing an Interim Chapter 11 Trustee ("Motion") came on for hearing on February 19, 2015 at 2:00 p.m., the Honorable Scott C. Clarkson, United States Bankruptcy Judge, presiding. James C. Bastian, Jr. of Shulman Hodges & Bastian LLP appeared on behalf of the Petitioning Creditors and Todd Ringstad of Ringstad & Sanders, LLP appeared on behalf of the Alleged Debtor. All other appearances are reflected in the Court's record.

At the hearing on the Motion, after hearing argument from counsel, reviewing the pleadings and evidence submitted in connection with the Motion and good cause appearing, the Court *sua sponte* granted relief from the automatic stay to the Petitioning Creditors to the extent set forth below. Based thereon and for the reasons and findings as stated on the record, it is hereby

**ORDERED** that the Petitioning Creditors are granted relief from the automatic stay pursuant to 11 U.S.C. §362 to pursue all available rights and remedies they may have in accordance with applicable non-bankruptcy law to enforce the terms of the Amended and Restated Articles Supplementary for 8% Cumulative Preferred Stock, Series B of American Spectrum Realty, Inc. (the "Articles Supplementary"), including but not limited to, filing complaints and/or petitions for writ of mandate, seeking all available injunctive relief and obtaining court orders, as may be determined by a court of competent jurisdiction in its discretion, as necessary to compel the Alleged Debtor to perform thereunder, including to compel a proper officer of the Alleged Debtor to call, or cause to be called, a special meeting of the Series B shareholders for purposes of voting for directors as provided in the Articles Supplementary and allowing such directors, if elected, to take such actions and perform as authorized by the Articles Supplementary. Nothing in this Order shall be deemed a finding by

///
///
///
///

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

C:\Users\bolte\Local Settings\Temp\Order#133960#b0e2c342-c50c-42af-81c1-7d566fa3a050.docx
4936-000\49

1  this Court of a default by the Alleged Debtor under the terms of the Articles Supplementary, or
2  the entitlement of the Petitioning Creditors to any asserted remedy.  The Alleged Debtor may
3  assert any and all defenses which may be available to it under the terms of the Articles
4  Supplementary and applicable law.

5  ###

24  Date: February 20, 2015

25  Scott C. Clarkson
    United States Bankruptcy Judge

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

C:\Users\bolte\Local Settings\Temp\Order#133960#b0e2c342-c50c-42af-81c1-7d566fa3a050.docx
4936-000\49