Todd C. Ringstad (State Bar No. 97345)
todd@ringstadlaw.com
**RINGSTAD & SANDERS, LLP**
2030 Main Street, 12th Floor
Irvine, CA 92614
Telephone: 949-851-7450
Facsimile: 949-851-6926

Counsel for American Spectrum
Realty, Inc., Alleged Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>AMERICAN SPECTRUM REALTY, INC.,<br><br>Alleged Debtor | CASE NO. 8:15-BK-10721 SC<br><br>Chapter 11 Proceeding<br><br>**ANSWER TO INVOLUNTARY PETITION**<br><br><u>Status Conference</u><br>Date: April 9, 2015<br>Time: 11:00 a.m.<br>Place: Courtroom 5C |

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:**

American Spectrum Realty, Inc. ("ASR" or "Company"), alleged Debtor herein, hereby answers the Involuntary Petition as follows:

1. In answer to Paragraph 1 of the Allegations, ASR denies that Petitioners are eligible to file the Petition pursuant to 11 U.S.C. § 303(b).

2. In answer to Paragraph 2 of the Allegations, ASR admits that it is a person against whom an order for relief may be entered under title 11 of the United States Code.

3. In answer to Paragraph 3a of the Allegations, ASR denies that it is not generally paying its debts as they become due, unless such debts are the subject of a bona fide dispute.

WHEREFORE, ASR respectfully prays as follows:

A. That the Involuntary Petition be dismissed;

B. That ASR be awarded its costs pursuant to 11 U.S.C. § 303((i)(1);

C. That ASR be awarded its reasonable attorneys' fees incurred herein pursuant to 11 U.S.C. § 303(i)(1);

D. That ASR be awarded judgment against the petitioning creditors in the amount of any damages proximately caused by the filing of the Involuntary Petition pursuant to 11 U.S.C. § 303(i)(2);

E. That ASR be awarded punitive damages against the petitioning creditors pursuant to 11 U.S.C. § 303(i)(2).

DATED: March 11, 2015            RINGSTAD & SANDERS LLP

By: _____
Todd C. Ringstad
Counsel for American Spectrum Realty, Inc.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2030 Main Street, Suite 1600, Irvine, CA 92614

A true and correct copy of the foregoing document entitled *(specify)*: **ANSWER TO INVOLUNTARY PETITION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 11, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Leslie Schwaebe Akins    lsa@stockmarketlaw.com, vs@stockmarketlaw.com;aks@stockmarketlaw.com
- James C Bastian    jbastian@shbllp.com
- Sean B Davis    sbdavis@winstead.com, sbdavis@winstead.com;deierdam@winstead.com
- Ira Benjamin Katz    IKatz@GershuniKatz.com
- Elizabeth A Lossing    elizabeth.lossing@usdoj.gov
- Melissa Davis Lowe    mdavis@shbllp.com, lverstegen@shbllp.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Todd C. Ringstad    becky@ringstadlaw.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On March 11, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

James C. Bastian, Jr.
Melissa Davis Lowe
Shulman, Hodges & Bastian LLP
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 11, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           F 9013-3.1.PROOF.SERVICE

**Via Personal Delivery**: Honorable Scott C. Clarkson, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Suite 5130, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 11, 2015 | Becky Metzner | /s/ Becky Metzner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                   **F 9013-3.1.PROOF.SERVICE**