United States Bankruptcy Court
Central District of California

In re:  
American Spectrum Realty Inc., a Marylan  
    Debtor

Case No. 15-10721-SC  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 1     Date Rcvd: Mar 12, 2015  
                   Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2015.  
db          +American Spectrum Realty Inc., a Maryland Corporat,    19100 Von Karman Ave Ste 900,     Irvine, CA 92612-6597

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2015                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2015 at the address(es) listed below:  
         Elizabeth A Lossing    on behalf of U.S. Trustee    United States Trustee (SA)     elizabeth.lossing@usdoj.gov  
         Ira Benjamin Katz    on behalf of Interested Party    Interested Party IKatz@GershuniKatz.com  
         James C Bastian, Jr    on behalf of Interested Party    Courtesy NEF jbastian@shbllp.com  
         Leslie Schwaebe Akins    on behalf of Interested Party    Courtesy NEF lsa@stockmarketlaw.com, vs@stockmarketlaw.com;aks@stockmarketlaw.com  
         Melissa Davis Lowe    on behalf of Petitioning Creditor    D&A Daily Mortgage Fund III, LP mdavis@shbllp.com, lverstegen@shbllp.com  
         Melissa Davis Lowe    on behalf of Petitioning Creditor    D&A Intermediate-Term Mortgage Fund III, L P mdavis@shbllp.com, lverstegen@shbllp.com  
         Melissa Davis Lowe    on behalf of Petitioning Creditor    D&A Semi-Annual Mortgage Fund III, L P mdavis@shbllp.com, lverstegen@shbllp.com  
         Michael B Reynolds    on behalf of Creditor Kurt  Sabatasso mreynolds@swlaw.com, kcollins@swlaw.com  
         Michael B Reynolds    on behalf of Creditor Donna  Sabatasso mreynolds@swlaw.com, kcollins@swlaw.com  
         Sean B Davis    on behalf of Interested Party    Courtesy NEF sbdavis@winstead.com, sbdavis@winstead.com;deierdam@winstead.com  
         Todd C. Ringstad    on behalf of Debtor    American Spectrum Realty Inc., a Maryland Corporation becky@ringstadlaw.com  
         United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov  
                                                                                                      TOTAL: 12

**FILED & ENTERED**

MAR 12 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – Santa Ana Division

| | |
|---|---|
| In re<br><br>American Spectrum Realty,<br><br>   Alleged Debtor. | Case No. 8:15-bk-10721-SC<br><br>Chapter 11<br><br>**ORDER SETTING HEARING ON EMERGENCY MOTION BY RINGSTAD & SANDERS LLP TO WITHDRAW AS COUNSEL FOR ALLEGED DEBTOR**<br><br>Date: March 19, 2015<br>Time: 11:00 a.m.<br>Courtroom 5C |

Based on the emergency motion [Dk. 28] ("Emergency Motion") by Ringstad & Sanders LLP ("Counsel") to withdraw as counsel to American Spectrum Realty Inc. ("Alleged Debtor"), and the record as a whole, and for good cause shown,

IT IS ORDERED that:

1.    The Emergency Motion will be set for hearing on March 19, 2015 at 11:00 a.m. in Courtroom 5C, 411 West Fourth Street, Santa Ana, CA 92701.  Physical appearances are required. Responses and replies may be made orally at the hearing.

2.    Counsel is required to provide evidence of compliance with LBR 2091-1(d), which requires counsel "give notice to the client of the consequences of its inability

1

1 to appear without counsel, including the possibility that a default judgment may be

2 entered against it in pending proceedings; or, if the client is a chapter 11 debtor, that the

3 case may be converted to chapter 7, a trustee may be appointed, or the case may be

4 dismissed."

5     3.    Counsel is required to provide proof of compliance with this order by

6 March 17, 2015.

7     4.    All parties are hereby notified that the Court may convert or dismiss this

8 case or appoint a chapter 11 trustee based on Counsel's withdrawal and any absence

9 of substitute counsel and as necessary to preserve the property of the estate or to

10 prevent loss to the estate. *See* 11 U.S.C. § 303(g); LBR 2091-1(d).

11     ###

Date: March 12, 2015

Scott C. Clarkson
United States Bankruptcy Judge