1  James C. Bastian, Jr. - Bar No. 175415
   Melissa Davis Lowe – Bar No. 245521
2  **SHULMAN HODGES & BASTIAN LLP**
   100 Spectrum Center Drive, Suite 600
3  Irvine, California 92618
   Telephone:    (949) 340-3400
4  Facsimile:    (949) 340-3000
   Email: jbastian@shbllp.com; mlowe@shbllp.com
5
   Attorneys for Petitioning Creditors D&A Daily
6  Mortgage Fund III, L.P.;D&A Semi-Annual Mortgage
   Fund III, L.P.; and D&A Intermediate-Term Mortgage Fund III, L.P.

**FILED & ENTERED**

MAR 17 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mbolte    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:15-bk-10721-SC |
| **AMERICAN SPECTRUM REALTY, INC.,** | Chapter 11 |
| Debtor. | **ORDER GRANTING, IN PART, PETITIONING CREDITORS' EMERGENCY MOTION FOR ENTRY OF AN ORDER FOR RELIEF AND FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE AND ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE** |
| | **Hearing:** |
| | Date:  March 17, 2015 |
| | Time:  2:30 p.m. |
| | Place: Courtroom 5C |
| | Ronald Reagan Federal Building and United States Courthouse |
| | 411 West Fourth Street |
| | Santa Ana, California 92701 |

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1

C:\Users\bolte\Local Settings\Temp\Order#135207#d56ef54d-b321-4389-b704-17c69a38fb32.docx
4936-000\49

The Emergency Motion of the Petitioning Creditors of the bankruptcy estate of American Spectrum Realty, Inc. ("Debtor") for Entry of an Order for Relief and for the Appointment of a Chapter 11 Trustee ("Motion") came on for an emergency hearing on March 17, 2015 at 2:30 p.m., the Honorable Scott C. Clarkson, United States Bankruptcy Judge, presiding. James C. Bastian, Jr. and Ronald S. Hodges of Shulman Hodges & Bastian LLP appeared on behalf of the Petitioning Creditors. Todd Ringstad of Ringstad & Sanders, LLP appeared on behalf of the Debtor. Frank Cadigan appeared on behalf of the Office of the United States Trustee. All other appearances are reflected in the Court's record.

After hearing argument from counsel, reviewing the pleadings and evidence submitted in connection with the Motion, for the reasons and findings as stated on the record, proper notice having been given, and good cause appearing, it is hereby

**ORDERED** as follows:

1) The prior Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. §362 ("Stay Order") (Docket No. 22) entered by this Court on February 20, 2015 is of full force and effect and is not, in any way, impacted by the voluntary Chapter 11 bankruptcy filed on March 16, 2015 by the Debtor in the United States Bankruptcy Court for the Southern District of Texas as Case No. 15-31514 ("Texas Bankruptcy Case"). The Automatic Stay allegedly created by the filing of the Texas Bankruptcy Case is inoperative as a blatant attempt to forum shop and control the orders of this United States Federal Bankruptcy Court.

2) The Petition for Writ of Mandate filed by the Petitioning Creditors in the San Diego County Superior Court, Case No. 37-2015-00006188-CU-WM-CTL, and the Ex Parte Application for Writ of Mandate or, in the Alternative, for an Order to Show Cause as to Why the Writ Should Not Issue filed in the state court proceeding and set for hearing on March 18, 2015, shall proceed consistent with the Stay Order for the purpose of allowing the state court to issue the writ sought in such proceeding.

3) The Court finds that Texas Bankruptcy Case was filed in bad faith and was an cynical and ill-advised attempt to forum shop by the Debtor.

///

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

C:\Users\bolte\Local Settings\Temp\Order#135207#d56ef54d-b321-4389-b704-17c69a38fb32.docx
4936-000\49

4) The Court hereby issues an Order to Show Cause ("OSC") as to why the Texas Bankruptcy Case should not be immediately transferred to this Court. That hearing shall be conducted on March 19, 2015, at 11:00 a.m. in Courtroom 5C, 411 West Fourth Street, Santa Ana, CA 92701. All oppositions are due at time of the hearing.

###

Date: March 17, 2015

Scott C. Clarkson
United States Bankruptcy Judge

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3

C:\Users\bolte\Local Settings\Temp\Order#135207#d56ef54d-b321-4389-b704-17c69a38fb32.docx
4936-000\49