United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 15-10721-SC
American Spectrum Realty Inc., a Marylan                              Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: admin              Page 1 of 1              Date Rcvd: Mar 18, 2015
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2015.
db           +American Spectrum Realty Inc., a Maryland Corporat,   19100 Von Karman Ave Ste 900,
               Irvine, CA 92612-6597

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2015                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2015 at the address(es) listed below:
              Elizabeth A Lossing    on behalf of U.S. Trustee    United States Trustee (SA)
               elizabeth.lossing@usdoj.gov
              Ira Benjamin Katz    on behalf of Interested Party    Interested Party IKatz@GershuniKatz.com
              James C Bastian, Jr    on behalf of Interested Party    Courtesy NEF jbastian@shbllp.com
              Leslie Schwaebe Akins    on behalf of Interested Party    Courtesy NEF lsa@stockmarketlaw.com,
               vs@stockmarketlaw.com;aks@stockmarketlaw.com
              Melissa Davis Lowe    on behalf of Petitioning Creditor    D&A Daily Mortgage Fund III, LP
               mdavis@shbllp.com, lverstegen@shbllp.com
              Melissa Davis Lowe    on behalf of Petitioning Creditor    D&A Intermediate-Term Mortgage Fund III,
               L P mdavis@shbllp.com, lverstegen@shbllp.com
              Melissa Davis Lowe    on behalf of Petitioning Creditor    D&A Semi-Annual Mortgage Fund III, L P
               mdavis@shbllp.com, lverstegen@shbllp.com
              Melody T Scullary    on behalf of Interested Party    Courtesy NEF Melody.Scullary@ftb.ca.gov,
               Martha.Gehrig@ftb.ca.gov
              Michael B Reynolds    on behalf of Creditor Kurt    Sabatasso mreynolds@swlaw.com,
               kcollins@swlaw.com
              Michael B Reynolds    on behalf of Creditor Donna    Sabatasso mreynolds@swlaw.com,
               kcollins@swlaw.com
              Sean B Davis    on behalf of Interested Party    Courtesy NEF sbdavis@winstead.com,
               sbdavis@winstead.com;deierdam@winstead.com
              Todd C. Ringstad    on behalf of Debtor    American Spectrum Realty Inc., a Maryland Corporation
               becky@ringstadlaw.com
              United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 13

**FILED & ENTERED**

MAR 17 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY nbolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – Santa Ana Division

| | |
|---|---|
| In re<br><br>American Spectrum Realty,<br><br>    Alleged Debtor. | Case No. 8:15-bk-10721-SC<br><br>Chapter 11<br><br>**ORDER TO SHOW CAUSE WHY AMERICAN SPECTRUM REALTY, INC., JAMES L. HURN, AND RICHARD L. FUQUA, II, ESQ. SHOULD NOT BE HELD IN CONTEMPT OF THE AUTOMATIC STAY OF 11 U.S.C. §362 AND FINED $50,000.00 JOINTLY AND SEVERALLY**<br><br><u>OSC set for:</u><br>Date: March 19, 2015<br>Time: 11:00 a.m.<br>Courtroom 5C<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

Having considered the voluntary chapter 11 bankruptcy petition of American Spectrum Realty, Inc. ("ASR"), which was signed and filed by James L. Hurn ("Mr. Hurn") as vice president and general counsel to ASR and Richard L. Fuqua, II, Esq. ("Mr. Fuqua") as counsel to ASR, and which was filed on March 16, 2015, in the U.S. Bankruptcy Court for the Southern District of Texas at Houston, and assigned Case No. 15-31514 ("Texas Bankruptcy Case"), the Court sets a hearing ("OSC") on March 19, 2015, at 11:00 a.m. PST to allow Mr. Hurn and Mr. Fuqua to appear and show cause

why ASR, Mr. Hurn, or Mr. Fuqua should not be held in contempt of the automatic stay of 11 U.S.C. § 362(a), which exists in the above-captioned involuntary chapter 11 case, and why they should not be sanctioned not more than $50,000.00 jointly and severally for filing the Texas Bankruptcy Case. The OSC shall be held in the U.S. Bankruptcy Court for the Central District of California located at 411 West Fourth Street, Fifth Floor, Courtroom 5C, Santa Ana, California 92701. Physical appearances by Mr. Hurn and Mr. Fuqua are required. Failure to appear physically for the OSC may result in the imposition of additional monetary or non-monetary sanctions.

Counsel to Petitioning Creditors is required to give notice of the OSC.

**IT IS SO ORDERED.**

### 

Date: March 17, 2015

Scott C. Clarkson
United States Bankruptcy Judge